**Opinion filed October 20, 2022**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00024-CR

_____

## RAUL ARTHUR MORALES, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 161st District Court**
**Ector County, Texas**
**Trial Court Cause No. C-21-0988-CR**

---

## M E M O R A N D U M   O P I N I O N

The trial court convicted Appellant, Raul Arthur Morales, of the offense of possession of a controlled substance: less than one gram of methamphetamine. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115(a), (b) (West Supp. 2022). The trial court found both enhancement allegations to be true and assessed Appellant's punishment at imprisonment for ten years and a fine of $500. *See* TEX. PENAL CODE ANN. § 12.425(a) (West 2019). We affirm.

Appellant's court-appointed counsel has filed in this court a motion to withdraw. The motion is supported by a brief in which counsel professionally and conscientiously examines the record and applicable law and concludes that the appeal is frivolous and without merit. Counsel provided Appellant with a copy of the brief, a copy of the motion to withdraw, and a copy of both the clerk's record and the reporter's record. Counsel advised Appellant of his right to review the record and file a response to counsel's brief. Counsel also advised Appellant of his right to file a petition for discretionary review with the clerk of the Texas Court of Criminal Appeals seeking review by that court. *See* TEX. R. APP. P. 68. Court-appointed counsel has complied with the requirements of *Anders v. California*, 386 U.S. 738 (1967); *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008); and *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991).

Appellant has not filed a response to counsel's *Anders* brief. Following the procedures outlined in *Anders* and *Schulman*, we have independently reviewed the record, and we agree that the appeal is frivolous and without merit.[1]

We grant counsel's motion to withdraw, and we affirm the judgment of the trial court.

PER CURIAM

October 20, 2022

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

---

[1]We note that Appellant has a right to file a petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure.